935 A.2d 759

IN THE MATTER OF THOMAS JOEL IZSO, AN ATTORNEY AT LAW (ATTORNEY NO. 053081997).

October 31, 2007.

**ORDER**

The Office of Attorney Ethics having filed with the Court a petition pursuant to Rule 1:20–3(g) and Rule 1:20–11, seeking the immediate temporary suspension from practice of **THOMAS JOEL IZSO** of **PISCATAWAY,** who was admitted to the bar of this State in 1997, and good cause appearing;

It is ORDERED that the petition for immediate temporary suspension is granted, and **THOMAS JOEL IZSO** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **THOMAS JOEL IZSO** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **THOMAS JOEL IZSO** pursuant to *Rule* 1:21–6, be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that **THOMAS JOEL IZSO** comply with *Rule* 1:20–20 dealing with suspended attorneys.